Ellen Rosen Rogoff, Esquire (ER1669)
Stradley, Ronon, Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Telephone: 215.564.8000
Fax: 215.564.8120
erogoff@stradley.com

*Attorneys for Defendant, W. Atlee Burpee Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSUE PAGUADA, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : Case No.: 20-CV-8477 (VEC) |
| vs. | : **JOINT STIPULATION OF DISMISSAL** |
| W. ATLEE BURPEE COMPANY, | : |
| Defendant. | : |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the

Federal Rules of Civil Procedure, that this action is dismissed with prejudice and without costs

(including attorneys' fees) as to either party.

Respectfully submitted,

Dated: March 22, 2021

_____
Mars Khalmov, Esq.
Mars Khalmov Law, PLLC
108-26 64th Avenue, 2nd Floor
Forest Hills, NY 11375
Telephone: 929.324.0717
E-mail: marskhaimovlaw@gmail.com

*Attorney for Plaintiffs*

_____
Ellen Rosen Rogoff, Esquire (ER1669)
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Telephone: 215.564.8000
Fax: 215.564.8120
erogoff@stradley.com

*Attorneys for Defendant*

4911619